**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                              (State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Creative BGRS. Inc. d/b/a Burger King |
| 2. All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names, and *doing business as* names | f/k/a Creative Foods Corp. d/b/a Burger King |
| 3. Debtor's federal Employer Identification Number (EIN) | 1 3 – 3 3 7 0 1 4 5 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 273 Canal Street | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| New York        NY 10013-3515 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

5. Debtor's website (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Creative BGRS. Inc. d/b/a Burger King

Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

---

Debtor  Creative BGRS. Inc. d/b/a Burger King
_____
Name

Case number (if known)_____

**11. Why is the case filed in _this_ _district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    Creative BGRS. Inc. d/b/a Burger King                    Case number (if known)_____
_____
Name

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million          ☐ $100,000,001-$500 million       ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/3/2016
             MM / DD / YYYY

✗ /s/ Thieng V. Pham                          Thieng V. Pham
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

/✗/ Scott A. Griffin                          Date  10/3/2016
Signature of attorney for debtor                          MM / DD / YYYY

Scott A. Griffin
Printed name
Griffin Hamersky LLP
Firm name
420 Lexington Avenue, Suite 400
Number        Street
New York                          NY        10170
City                             State     ZIP Code

(646) 998-5575                    sgriffin@grifflegal.com
Contact phone                     Email address

4594081                          NY
Bar number                       State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

# EXHIBIT A

Fill in this information to identify the case and this filing:

Debtor Name  Creative BGRS, Inc. d/b/a Burger King

United States Bankruptcy Court for the:  Southern            District of  New York
                                                                        (State)

Case number (if known):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/03/2016           ✗ /s/ Thieng Pham
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         Thieng Pham
                                         Printed name

                                         President
                                         Position or relationship to debtor

**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Michael D. Hamersky
David M. Smith

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:                                                   :        Chapter 11
                                                         :
CREATIVE BGRS. INC. D/B/A BURGER KING,                   :
                                                         :        Case No. 16-_____ ( )
                              Debtor.[1]                 :
                                                         :
-------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT OF CREATIVE BGRS. INC. D/B/A BURGER KING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1 AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure for the Southern District of New York, and to enable the Judges to evaluate possible disqualifications or recusals, on behalf of Creative BGRS. Inc. D/B/A Burger King (the "Debtor"), the undersigned authorized officer represents as follows:

A.    **Ownership of the Debtor's Equity Interests.**

1.    Thieng V. Pham owns 100% of the stock of the Debtor.

B.    **The Debtor's Ownership of Equity Securities, Partnership Interests and Joint Venture Interest.**

1.    The Debtor does not directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded. The Debtor does not own an interest in any general or limited partnerships or joint ventures.

---

[1]    The last four digits of the Debtor's federal tax identification number are 0145.

# EXHIBIT B

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Creative BGRS, Inc. d/b/a Burger King___

United States Bankruptcy Court for the: ___Southern___        District of ___New York___
                                                                                        (State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ *Amended Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration ___Creditor Matrix___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/03/2016___          ✖ /s/ Thieng Pham
               MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Thieng Pham
                                        Printed name

                                        President
                                        Position or relationship to debtor

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact |
|---|---|
| 1 Great Canal Realty Corp. | Great Canal Realty Corp.<br>c/o Steven T. Gee, P.C.<br>121 Chrystie St.<br>New York, NY 10002<br>T (212) 334-8838<br>F (212) 732-1043<br>E steven.stgpc@gmail.com |
| 2 Burger King Corporation | Burger King Corporation<br>5505 Blue Lagoon Dr., 8th Fl.<br>Miami, FL 33126<br>Attn: Jeff Grill<br>T (305) 378- 3766<br>F (305) 378-3502 |
| 3 American Express Business<br>c/o Zwicker & Associates, P.C. | American Express Business<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008<br>Attn: John Glazebrook<br>T (877) 368-4531<br>F (978) 686-3538 |
| 5 Consolidated Edison Company of New York, Inc. | Consolidated Edison Company of New York, Inc.<br>4 Irving Place<br>New York, NY 10003-0987<br>Attn: Thomas Reid<br>T (212) 460-2097<br>F (212) 677-5850<br>E reidth@coned.com |
| 6 AAA Electronics Services | AAA Electronics Services<br>218-10 Hillside Ave.<br>Queens Village, NY 11427<br>T (718) 526-4848<br>F (347) 426-9109 |
| 7 Bank of America Business Card | Bank of America Business Card<br>Bank of America, N.A.<br>Legal Order Processing/Christiana IV<br>800 Samoset Dr.<br>Newark, DE 19713<br>T (800) 432-1000 |
| 8 Nationwide | Nationwide<br>One Nationwide Plaza<br>Columbus, OH 43215-2220<br>T (800) 882-2822 |
| 9 City of New York Environmental Control Board | City of New York Environmental Control Board<br>PO Box 2339<br>Peck Slip Station<br>New York, NY 10272-2339<br>T (844) 628-4692<br>F (212) 361-1900 |
| 10 HCD Architect | HCD Architect<br>Attn: Tim Hao<br>65-30 108 St. Ste. 3A<br>Forest Hills, NY 11375<br>T (718) 459-5926<br>F (718) 459-5926<br>E hcdarchitect@gmail.com |
| 11 Rochdale Insurance Company | Rochdale Insurance Company<br>800 Superior Ave. E., 21st Fl.<br>Cleveland, OH 44114<br>T (800) 438-0160 |

LIST OF CREDITORS
(The Debtor intends to update this list following the commencement of the case)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact |
|---|---|
| 12 MUZAK LLC | MUZAK LLC<br> c/o Corporate Creations Network Inc.<br>3411 Silverside Rd. # 104<br>Rodney Building<br>Wilmington, DE 19810<br>T (800) 426-1600 |
| 13 Restaurant Technologies, Inc. | Restaurant Technologies, Inc.<br>2250 Pilot Knob Rd., Ste 100<br>Mendota Heights, MN 55120<br>T (888) 796-4997<br>F (651) 379-4082<br>customercare@rti-inc. |
| 14 Coca-Cola Refreshments USA, Inc. | Coca-Cola Refreshments USA, Inc.<br> c/o Corporation Service Company<br>505 5th Ave. Ste 729<br>Des Moines, IA 50309<br>T (770) 989-3000<br>F (770) 989-3640 |
| 15 Time Warner Cable | Time Warner Cable<br> c/o CT Corporation System<br>111 Eighth Ave., 13th Fl.<br>New York, NY 10011<br>T (866) 892-4249 |
| 16 Ecolab USA<br>Ecosure | Ecolab USA<br>Ecosure<br>370 N. Wabasha St.<br>St. Paul, MN 55012-2233<br>T (866) 326-7871<br>F (630) 305-2856<br>E maryhelen.harkis@ecolab.com |
| 17 Sicom Systems, Inc. | Sicom Systems, Inc.<br>4344 Progress Meadow<br>Doylestown, PA 18902<br>T (215) 489-2500<br>F (215) 489-2769<br>E mhare@sicom.com |
| 18 NuCO2 | NuCO2<br>2800 SE Market St.<br>Stuart, FL 34997<br>T (800) 472-2855, Option 2<br>F (772) 220-4752<br>E credit@nuco2.com |
| 19 Ameritech Systems Corporation | Ameritech Systems Corporation<br>127-03 20th Ave. Ste 2B<br>College Point, NY 11356<br>T (718) 353-0477<br>F (718) 353-4468<br>E ameritechsystems@gmail.com |
| 20 Verizon<br> c/o Sunrise Credit Services, Inc. | Verizon<br> c/o Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>Farmingdale, NY 11735-9100<br>Attn: Chris Matthews<br>T (844) 705-0291<br>F (631) 501-8534 |

# EXHIBIT C

**Fill in this information to identify the case and this filing:**

Debtor Name  Creative BGRS, Inc. d/b/a Burger King

United States Bankruptcy Court for the:  Southern _____  District of  New York
(State)

Case number (If known):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims And Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/03/2016            /s/ Thieng Pham
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 Thieng Pham
                                 Printed name

                                 President
                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Creative BGRS, Inc. d/b/a Burger King

United States Bankruptcy Court for the Southern District of New York

Case number (If known): _____

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
### 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 Great Canal Realty Corp. | Great Canal Realty Corp. c/o Steven T. Gee, P.C. 121 Chrystie St. New York, NY 10002 T (212) 334-8838 F (212) 732-1043 E steven.stgpc@gmail.com | Lease | Disputed | | | $192,420.00 |
| 2 Burger King Corporation | Burger King Corporation 5505 Blue Lagoon Dr., 8th Fl. Miami, FL 33126 Attn: Jeff Grill T (305) 378- 3766 F (305) 378-3502 | Trade Debt | Disputed | | | $106,619.38 |
| 3 American Express Business c/o Zwicker & Associates, P.C. | American Express Business c/o Zwicker & Associates, P.C. 80 Minuteman Rd. Andover, MA 01810-1008 Attn: John Glazebrook T (877) 368-4531 F (978) 686-3538 | Credit Card | | | | $13,269.97 |
| 5 Consolidated Edison Company of New York, Inc. | Consolidated Edison Company of New York, Inc. 4 Irving Place New York, NY 10003-0987 Attn: Thomas Reid T (212) 460-2097 F (212) 677-5850 E reidth@coned.com | Utilities | | | | $11,344.53 |
| 6 AAA Electronics Services | AAA Electronics Services 218-10 Hillside Ave. Queens Village, NY 11427 T (718) 526-4848 F (347) 426-9109 | Professional Services | | | | $2,791.58 |
| 7 Bank of America Business Card | Bank of America Business Card Bank of America, N.A. Legal Order Processing/Christiana IV 800 Samoset Dr. Newark, DE 19713 T (800) 432-1000 | Credit Card | | | | $2,370.58 |
| 8 Nationwide | Nationwide One Nationwide Plaza Columbus, OH 43215-2220 T (800) 882-2822 | Insurance | | | | $2,131.80 |
| 9 City of New York Environmental Control Board | City of New York Environmental Control Board PO Box 2339 Peck Slip Station New York, NY 10272-2339 T (844) 628-4692 F (212) 361-1900 | Fine | | | | $2,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 10 HCD Architect | HCD Architect<br>Attn: Tim Hao<br>65-30 108 St. Ste. 3A<br>Forest Hills, NY 11375<br>T (718) 459-5926<br>F (718) 459-5926<br>E hcdarchitect@gmail.com | Professional Services | | | | $2,000.00 |
| 11 Rochdale Insurance Company | Rochdale Insurance Company<br>800 Superior Ave. E., 21st Fl.<br>Cleveland, OH 44114<br>T (800) 438-0160 | Insurance | | | | $1,500.00 |
| 12 MUZAK LLC | MUZAK LLC<br> c/o Corporate Creations Network Inc.<br>3411 Silverside Rd. # 104<br>Rodney Building<br>Wilmington, DE 19810<br>T (800) 426-1600 | Trade Debt | Disputed | | | $1,287.29 |
| 13 Restaurant Technologies, Inc. | Restaurant Technologies, Inc.<br>2250 Pilot Knob Rd., Ste 100<br>Mendota Heights, MN 55120<br>T (888) 796-4997<br>F (651) 379-4082<br>customercare@rti-inc.<br>Trade Debt | | | | | $1,115.70 |
| 14 Coca-Cola Refreshments USA, Inc. | Coca-Cola Refreshments USA, Inc.<br> c/o Corporation Service Company<br>505 5th Ave. Ste 729<br>Des Moines, IA 50309<br>T (770) 989-3000<br>F (770) 989-3640 | Trade Debt | | | | $1,088.35 |
| 15 Time Warner Cable | Time Warner Cable<br> c/o CT Corporation System<br>111 Eighth Ave., 13th Fl.<br>New York, NY 10011<br>T (866) 892-4249 | Utilities | | | | $846.95 |
| 16 Ecolab USA Ecosure | Ecolab USA<br>Ecosure<br>370 N. Wabasha St.<br>St. Paul, MN 55012-2233<br>T (866) 326-7871<br>F (630) 305-2856<br>E maryhelen.harkis@ecolab.com | Professional Services | | | | $560.00 |
| 17 Sicom Systems, Inc. | Sicom Systems, Inc.<br>4344 Progress Meadow<br>Doylestown, PA 18902<br>T (215) 489-2500<br>F (215) 489-2769<br>E mhare@si-com.com | Trade Debt | | | | $509.19 |
| 18 NuCO2 | NuCO2<br>2800 SE Market St.<br>Stuart, FL 34997<br>T (800) 472-2855, Option 2<br>F (772) 220-4752<br>E credit@nuco2.com | Trade Debt | | | | $431.29 |
| 19 Ameritech Systems Corporation | Ameritech Systems Corporation<br>127-03 20th Ave. Ste 2B<br>College Point, NY 11356<br>T (718) 353-0477<br>F (718) 353-4468<br>E ameritechsystems@gmail.com | Trade Debt | | | | $381.96 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 20 Verizon c/o Sunrise Credit Services, Inc. | Verizon c/o Sunrise Credit Services, Inc. 260 Airport Plaza Farmingdale, NY 11735-9100 Attn: Chris Matthews T (844) 705-0291 F (631) 501-8534 | Utilities | | | | $310.93 |

# EXHIBIT D

**Fill in this information to identify the case and this filing:**

Debtor Name __Creative BGRS, Inc. d/b/a Burger King__

United States Bankruptcy Court for the: __Southern__         District of __New York__
                                                                                (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/03/2016__        ✘ /s/ Thieng Pham
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                          Thieng V. Pham
                                          Printed name

                                          President
                                          Position or relationship to debtor

**GRIFFIN HAMERSKY LLP**
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Scott A. Griffin
Michael D. Hamersky
David M. Smith

Proposed Counsel for the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                      :
                                                            :    Chapter 11
                                                            :
CREATIVE BGRS. INC. D/B/A BURGER KING,  :
                                                            :    Case No. 16-_____( )
                                           Debtor.[1]   :
                                                            :
-------------------------------------------------------------X

## LIST OF EQUITY SECURITY HOLDERS PURSUANT
## TO RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Thieng V. Pham | Ownership interest | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 0145.

# EXHIBIT E

**ACTION BY CONSENT OF THE PRESIDENT OF
CREATIVE BGRS. INC., D/B/A BURGER KING.
DATED AS OF OCTOBER 3, 2016**

The undersigned, Thieng V. Pham (the "President"), president of Creative BGRS. Inc., d/b/a Burger King, a New York corporation (the "Corporation"), acting pursuant to and in accordance with the laws of the state of New York, and the Certificate of Incorporation, hereby consent to, adopt and approve the following resolutions:

WHEREAS, the President has reviewed the materials regarding the liabilities and liquidity situation of the Corporation, and the impact of the foregoing on the Corporation's business, and the strategic alternatives available to the Corporation; and

WHEREAS, the President has had the opportunity to consult with the legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

I.       Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the President, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, the President is authorized, empowered, and directed to execute and file, on behalf of the Corporation, all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and be it

FURTHER RESOLVED, that the President hereby is authorized and directed to employ the law firm of Griffin Hamersky LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all, actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the President is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Griffin Hamersky LLP; and be it

FURTHER RESOLVED, that the President be, and they hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the President is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

1

II.     Further Actions and Prior Actions

FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the President of the Corporation and that the Authorized Party did execute the same.

**IN WITNESS WHEREOF**, the undersigned President of the Corporation has executed this Written Consent effective as of the date first set forth above.


    /s/ Thieng V. Pham_____
Thieng V. Pham, President